**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
MARIO FELLINI



FILED
OCT 3 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.-S-07-432-EJG |
| PLAINTIFF, | WAIVER OF DEFENDANT'S PRESENCE MARIO FELLINI |
| v. | |
| MARIO FELLINI, | |
| DEFENDANT. | |

Pursuant to Federal Rules of Criminal Procedure, Rule 43(c)(3), Defendant, MARIO FELLINI, hereby waives the right to be present in person in open court upon the hearing of any motion or other pre-trail proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, trial, impanelment of jury and imposition of sentence. Defendant, MARIO FELLINI, hereby requests the court to proceed during every absence of him which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant MARIO FELLINI, were personally present and further agrees to be present in court ready for hearing any day and hour the court may fix in his

1

1 | absence.

2 | Defendant, MARIO FELLINI, further acknowledges that he has been informed of his rights under Title 18 U.S.C. sections 3161-3174 ( Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without defendant MARIO FELLINI , being present and agrees to waive any and all time under both the Sixth Amendment to the Federal Constitution and the Speedy Trial Act regarding his rights to a speedy public jury trial.

DATED: 10-2-07

/S/ MARIO FELLINI -original on file with attorney
MARIO FELLINI

19 Lochness Court
ADDRESS

Sacramento, California 95826
CITY-STATE- ZIP CODE

IT IS SO ORDERED

*[signature]*

10/3/07

2