UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM**

FILED
JUL 2 3 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: **Mario FELLINI, III**
**Docket Number: 2:07CR00432-02**
<u>**REQUEST TO VACATE JUDGMENT AND SENTENCE DATE / SCHEDULE STATUS DATE**</u>

Your Honor:

The defendant is scheduled for Judgment and Sentencing on August 20, 2010.

Per agreement with the government and counsel for the defendant, it is respectfully requested that the Judgment and Sentencing set for the above defendant be vacated; and a status date be scheduled for October 29, 2010.

**REASON FOR CONTINUANCE:** The defendant is set to testify in the trial of other codefendants, who matters are pending before the Court.

On October 29, 2010, it is anticipated the parties will request a new Judgment and Sentencing date and disclosure for the Presentence Report.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

GEORGE A. VIDALES
Senior United States Probation Officer

REVIEWED BY: _____
LINDA L. ALGER  *for Linda L. Alger*
Supervising United States Probation Officer

Dated: July 8, 2010
Sacramento, California
GAV/tud

Honorable Edward J. Garcia
July 8, 2010
Page 2


Attachment

cc:     Clerk, United States District Court
        United States Attorney's Office
        United States Marshal's Office
        Federal Defender (If defense counsel is court-appointed)
        Probation Office Calendar clerk

✓ Approved

___ Disapproved

EDWARD J. GARCIA
Senior United States District Judge

Date: 7/8/10