**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
MARIO FELLINI, III

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR.-S-07-00432-EJG |
|---|---|---|
| PLAINTIFF, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | TO CONTINUE JUDGMENT AND |
| | ) | SENTENCING TO FRIDAY MAY 20, 2011 |
| JAMES ROY MARTIN, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorneys, Mr. Matthew C. Stegman, and defendant MARIO FELLINI, III, by his attorney James R. Greiner, hereby stipulate and agree that the Judgment and Sentencing calendared for **Friday, October 29, 2010, at 10:00 a.m.** before the Honorable Senior United States District Court Judge, Edward J. Garcia, shall be continued to **Friday, May 20, 2011, at 10:00 a.m.**

The Court's courtroom deputy, Ms. Colleen Lydon, has been contacted to ensure the Court's calendar was available for that date and the Court is available on Friday, May 18, 2011..

1

Respectfully submitted,

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ Matthew C. Stegman by e mail authorization

DATED: 10-27-10

Matthew C. Stegman
ASSISTANT UNITED STATES ATTORNEYS
ATTORNEYS FOR THE PLAINTIFF

DATED: 10-27-10      /s/ James R. Greiner

James R. Greiner
Attorney for Defendant
MARIO FELLINI III

## ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: October 27, 2010.


/s/ Edward J. Garcia
**EDWARD J. GARCIA
SENIOR  UNITED STATES
DISTRICT COURT JUDGE**

2