**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
MARIO FELLINI, III

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-07-00432-EJG |
| PLAINTIFF, ) | STIPULATION AND ORDER TO MODIFY ONE DATE OF THE PRE-SENTENCE INVESTIGATION REPORT FILING |
| v. ) | |
| JAMES ROY MARTIN, et al., ) | |
| DEFENDANTS. ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney. Mr. Michael D. Anderson, and defendant MARIO FELLINI, III, by his attorney James R. Greiner, hereby stipulate and agree that all of the dates presently set for the Judgment and Sentencing remain the same for the defendant except for one date:.

The parties agree to modify the schedule as follows:

The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than                    February 2, 2012

All other dates remain the same. The Judgment and Sentencing date remains Friday, February 17, 2012. Probation agrees with this request.

1

```
                              Respectfully submitted,
                              BENJAMIN B. WAGNER
                              UNITED STATES ATTORNEY


                              /s/ Michael D. Anderson by e mail authorization
DATED: 1-26-12                _____
                              MICHAEL D. ANDERSON
                              ASSISTANT UNITED STATES ATTORNEY
                              ATTORNEY FOR THE PLAINTIFF


DATED: 1-26-12                /s/ James R. Greiner
                              _____
                              James R. Greiner
                              Attorney for Defendant
                              MARIO FELLINI III
```

## ORDER

The Court has read and considered the parties agreement and stipulations and the Court adopts the parties agreement and stipulation and modifies the Schedule for disclosure of the Pre-Sentence Report as stated herein. All other dates remain the same including the Judgment and Sentencing date remains, Friday, February 17, 2012.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED**

DATED: January 27, 2012.

/s/ Edward J. Garcia

**EDWARD J. GARCIA**
**SENIOR UNITED STATES**
**DISTRICT COURT JUDGE**